# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHELLE BARNETT, | : | No. 3:18cv637 |
| --- | --- | --- |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 7th day of March 2019, it is **HEREBY ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 15) is **ADOPTED**;

2) The defendant's objections (Doc. 16) are **OVERRULED**;

3) The decision of the Commissioner to deny the plaintiff's social security benefits is **VACATED**;

4) The plaintiff's request for a new administrative hearing is **GRANTED**;

5) The Clerk of Court is directed to enter judgment in favor of the plaintiff and against the defendant and to close the case; and

6) The Clerk of Court is directed to remand this case to the Commissioner for further action consistent with the report and recommendation and this court's memorandum.

        **BY THE COURT:**

        **s/ James M. Munley**
        **JUDGE JAMES M. MUNLEY**
        **United States District Court**